IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

United States,

        Plaintiff,

vs.                        Case No. 13-10140-02JTM

Marisela Ramirez,

        Defendants.

MEMORANDUM AND ORDER

Defendant Marisela Ramirez has moved to reduce her sentence pursuant to 18 U.S.C. § 3882(c)(2), citing Amendment 782 to the United States Sentencing Guidelines. However, the defendant's sentence of 120 months was not premised on the Guidelines. Rather, the sentence was the statutory minimum, and was imposed pursuant to a binding plea agreement. Accordingly, the two level reduction contemplated by Amendment 782 would not have affected the defendant's sentence.

IT IS ACCORDINGLY ORDERED this 16th day of June, 2016, that the defendant's Motion to Reduce Sentence (Dkt. 168) is hereby denied.

                                                        ___s/ J. Thomas Marten_____
                                                        J. THOMAS MARTEN, JUDGE